**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02423-REB-MJW

WESLEY LOUGEE,

      Plaintiff,

v.

AD ASTRA RECOVERY SERVICES, INC.,

      Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the plaintiff's **Notice of Dismissal With Prejudice** [#25] filed November 4, 2010.  After reviewing the notice and the file, I conclude that the notice should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the plaintiff's **Notice of Dismissal With Prejudice** [#25] filed November 4, 2010, is **APPROVED**; and

2.  That this action is **DISMISSED WITH PREJUDICE**.

Dated November 4, 2010, at Denver, Colorado.

                                                  **BY THE COURT:**

                                                  */s/ Robert E. Blackburn*
                                                  Robert E. Blackburn
                                                  United States District Judge